## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLADSTONE TAYLOR, individually and on behalf of all others similarly situated, | Hon. Vincent L. Briccetti |
| Plaintiff, | **Case No. 7:21-cv-06452-VLB-AK** |
| vs. | |
| MICROGENICS CORPORATION, *et al.*, | |
| Defendants. | |

---

### DEFENDANT MICROGENICS CORPORATION'S
### NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

---

**PLEASE TAKE NOTICE** that Defendant Microgenics Corporation shall move before the Honorable Vincent L. Briccetti, United States District Judge, on a date and time to be set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice Plaintiff's claim against it (Count II of the Complaint) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Microgenics shall rely upon the accompanying Memorandum of Law in support of its Motion, and upon the record and pleadings filed herein.

Respectfully submitted,

Dated: October 14, 2021.

*s/Erica Mekles*

Erica Mekles (ID # EM1020)
**BOWMAN AND BROOKE LLP**
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (201) 577-5175
erica.mekles@bowmanandbrooke.com

*Attorneys for Defendant Microgenics Corporation*