UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

GLADSTONE TAYLOR, individually and on
behalf of all others similarly situated,
                 Plaintiff,

v.

MICROGENICS CORPORATION, THERMO
FISHER SCIENTIFIC, CORRECTION
OFFICER BERRY, CORRECTION OFFICER
BRANDON, CORRECTION OFFICER S,
D.A. GLOVER, CORRECTION OFFICER
HERNANDEZ, CORRECTION OFFICER
HILTON, CORRECTION OFFICER ICARRI,
MULLIGAN, CORRECTION OFFICER
RUBIO, CORRECTION OFFICER WU,
CORRECTION OFFICERS DOE 1-10,
                 Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6452 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21

       On October 14, 2021, defendant Microgenics Corporation ("Microgenics") moved to dismiss the complaint. (Doc. #15). That same day, defendant Thermo Fisher Scientific filed a notice of joinder in Microgenics' motion to dismiss. (Doc. #18).

       The other defendants in this case have not yet moved, answered, or otherwise responded to the complaint. Defendants Ana Rubio, Nicole Hilton, Renee Mulligan, Anna Iccari, and Yuan Wu's due date to respond to the complaint is November 29, 2021. (Doc. #12). The remaining defendants—Corrections Officers Berry, Brandon, S, and Hernandez, as well as D.A. Glover—have not yet been served.

       Accordingly, in the interest of efficient case management, plaintiff's time to oppose the pending motions is stayed <u>sine die</u>. After the other defendants have answered, moved, or otherwise responded to the complaint, the Court will issue a scheduling order or other such appropriate order.

       Separately, defendant Microgenics requests oral argument on its motion to dismiss. (Doc. #19). This application is DENIED. If the Court decides oral argument is necessary or appropriate, it will so advise the parties. Moreover, defense counsel is reminded that letters requesting relief, such as a request for oral argument, should be filed as letter-motions. <u>See</u> Judge Briccetti's Individual Practices Paragraph 1.B.

Dated: October 18, 2021
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge