UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLADSTONE TAYLOR, individually and on
behalf of all others similarly situated,

                            Plaintiff,

              - against -

MICROGENICS CORPORATION, et al.

                        Defendants.
------------------------------------------------------------X

**NOTICE OF MOTION**

Case No. 21 Civ. 6452 (VB)

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all other pleadings and papers filed herein, defendants Offender Rehabilitation Coordinator ("ORC") Ana Rubio, ORC Anna Iccari, Education Supervisor Renee Mulligan, Community Correctional Center Assistant Damon Glover, and Officers Nicole Hilton and Yuan Wu, by their attorney, Letitia James, the Attorney General of the State of New York, will move this Court before the Honorable Vincent L. Briccetti, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time set by the Court, for an Order dismissing the Complaint, Dkt. No. 1, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      Please take further notice that pursuant to Local Civil Rule 6.1(b), any opposing papers must be served within fourteen days after service of this notice.

Dated: White Plains, New York
          December 20, 2021

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*
By:

S/ John R. Doran
John R. Doran
Sarande Dedushi
Assistant Attorneys General
28 Liberty Street

1

New York, New York 10005
(212) 416-8591 / 8105
John.Doran@ag.ny.gov
Sarande.Dedushi@ag.ny.gov