UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

GLADSTONE TAYLOR, individually and on behalf of all others similarly situated,
                Plaintiff,

v.

MICROGENICS CORPORATION, THERMO FISHER SCIENTIFIC, CORRECTION OFFICER BERRY, CORRECTION OFFICER BRANDON, CORRECTION OFFICER S, D.A. GLOVER, CORRECTION OFFICER HERNANDEZ, CORRECTION OFFICER HILTON, CORRECTION OFFICER ICARRI, MULLIGAN, CORRECTION OFFICER RUBIO, CORRECTION OFFICER WU, CORRECTION OFFICERS DOE 1-10,
                Defendants.

**ORDER**

21 CV 6452 (VB)

--------------------------------------------------------------x

      On July 29, 2021, plaintiff commenced the instant action against defendants.  (Doc. #1). On August 10, 2021, plaintiff requested the issuance of a summons for each defendant.  (Doc. #6).  That same day, the Clerk of Court issued summonses as to defendants.  (Doc. #7). Although eight of the defendants have appeared and moved to dismiss the complaint (Docs. ##15, 18, 27), there is no indication on the docket that defendants Corrections Officers Berry, Brandon, S, and Hernandez have been served.  Nor have defendants Corrections Officers Berry, Brandon, S, and Hernandez appeared in this case.

      Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice against defendants Corrections Officers Berry, Brandon, S, and Hernandez unless, on or before **December 29, 2021**, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before October 27, 2021; or (ii) shows good cause in writing for his failure to comply with Fed. R. Civ. P. 4(m).

      Plaintiff's time to oppose the pending motions remains stayed.  (See Doc. #22).

Dated: December 22, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge