UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLADSTONE TAYLOR, individually and on :
behalf of all others similarly situated, :
                      Plaintiff, :

v. :

MICROGENICS CORPORATION, THERMO :
FISHER SCIENTIFIC, CORRECTION :
OFFICER PAMELA BERRY, CORRECTION :
OFFICER FRANCIS SIOCO, DAMON :
GLOVER, CORRECTION OFFICER AARON :
HERNANDEZ, CORRECTON OFFICER :
NICOLE HILTON, ANNA ICARRI, :
EDUCATION SUPERVISOR RENEE :
MULLIGAN, ANA RUBIO, CORRECTION :
OFFICER YUAN WU, CORRECTION :
OFFICERS DOE 1-10, :
                      Defendants. :
--------------------------------------------------------------x



**ORDER**

21 CV 6452 (VB)

    On February 28, 2022, plaintiff filed an amended complaint. (Doc. #39). Accordingly, as per the Court's Order dated January 3, 2022 (Doc. #32), defendants Microgenics Corporation ("Microgenics") and Thermo Fisher Scientific, who filed motions to dismiss the original complaint on October 14, 2021 (Docs. #15, 18) had until March 21, 2022, to (i) file an answer to the amended complaint; or (ii) file a motion to dismiss the amended complaint; or (iii) notify the Court by letter that they would rely on the initially filed motions1. to dismiss. (Doc. #32).

    To date, defendants Microgenics and Thermo Fisher Scientific have not complied with the Court's Order of January 3, 2022. **Accordingly, the time for these two defendants to comply with the Court's January 3 Order is extended <u>sua sponte</u> to April 4, 2022.**

    On March 17, 2022, the Clerk of Court issued a summons as to defendants Pamela Berry, Aaron Hernandez, Francis Sioco, and Correction Officer Brandon, who had not previously been served or entered appearances in this case. (Docs. ##47, 48). **Pursuant to Rule 4(m), the time to serve these defendants and file proof of service on the docket is extended to April 18, 2022.** If plaintiff requires additional time to serve these defendants, he must request an extension of time to do so prior to April 18, 2022.

Dated: March 28, 2022
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge