UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLADSTONE TAYLOR, individually and on :
behalf of all others similarly situated, :
         Plaintiff, :
 :
v. :
 :
MICROGENICS CORPORATION, THERMO :
FISHER SCIENTIFIC, CORRECTION :
OFFICER BRANDON, CORRECTION :
OFFICER PAMELA BERRY, CORRECTION :
OFFICER FRANCIS SIOCO, DAMON :
GLOVER, CORRECTION OFFICER AARON :
HERNANDEZ, CORRECTON OFFICER :
NICOLE HILTON, ANNA ICARRI, :
EDUCATION SUPERVISOR RENEE :
MULLIGAN, ANA RUBIO, CORRECTION :
OFFICER YUAN WU, CORRECTION :
OFFICERS DOE 1-10, :
         Defendants. :
--------------------------------------------------------------x



**ORDER OF DISMISSAL**

21 CV 6452 (VB)

    Plaintiff commenced this action on July 29, 2021, by filing a complaint against defendant Correction Officer Brandon ("Officer Brandon"), among other defendants (Doc. #1). On August 10, 2021, the Clerk issued an electronic summons as to Officer Brandon. (Doc. #7).

    On December 22, 2021, the Court issued an Order extending plaintiff's time to serve Officer Brandon with the summons and complaint to December 29, 2021. (Doc. #29).

    On January 3, 2022, upon plaintiff's request, the Court further extended plaintiff's time to serve Officer Brandon until February 28, 2022. (Doc. #32).

    On February 28, 2022, plaintiff filed an amended complaint. (Doc. #39). The amended complaint named Officer Brandon as a defendant.

    On March 17, 2022, the Clerk issued an electronic amended summons as to Officer Brandon. (Doc. #47).

On March 28, 2022, the Court issued an Order directing plaintiff to serve Officer Brandon with the amended summons and complaint no later than April 18, 2022. (Doc. #51).

On April 18, 2022, plaintiff filed a letter seeking an extension to serve the remaining unserved defendants, including Officer Brandon. (Doc. #63). The Court granted plaintiff's request and extended plaintiff's time to serve Officer Brandon to April 25, 2022. (Doc. #64).

On April 25, 2022, plaintiff sought another extension to serve the remaining unserved defendants (Doc. #67), which the Court granted, extending plaintiff's time to serve Officer Brandon to May 9, 2022 (Doc. #68).

To date, plaintiff has not filed proof of service of the amended summons and complaint on Officer Brandon and plaintiff has not sought another extension of time to do so.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), plaintiff's claims against Officer Brandon are DISMISSED WITHOUT PREJUDICE.

The Clerk is instructed to terminate Correction Officer Brandon as a defendant in this action.

Dated: May 19, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge