UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLADSTONE TAYLOR, individually and on
behalf of all others similarly situated,
       Plaintiff,

v.

MICROGENICS CORPORATION, et al.,
       Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6452 (VB)

   As discussed at a conference held on the record today, at which counsel for all parties appeared, it is HEREBY ORDERED:

   1. Defendant Microgenics Corporation's ("Microgenics") request for a protective order is DENIED. (Doc. #107). Pursuant to Rule 30(b)(6), Microgenics shall produce a witness with adequate knowledge to testify regarding the content, timing, and termination of the agreement between Microgenics and the New York State Department of Corrections and Community Supervision. The deposition shall not exceed two hours, and plaintiff shall limit the scope of questioning to information necessary for him to reasonably determine whether Microgenics products were used to test plaintiff's urine. Plaintiff shall take the deposition by **January 31, 2024**.

   2. Plaintiff may make a limited demand for documents to be produced in connection with the Rule 30(b)(6) deposition. As discussed on the record at today's conference, the Court expects counsel, to the extent possible, to cooperatively resolve any conflicts over the appropriate scope of such document requests.

   3. By **March 1, 2024**, defendants shall file their motions for summary judgment.

   4. By **April 1, 2024**, plaintiff shall file a single opposition to both defendants' motions for summary judgment.

   5. By **April 15, 2024**, defendants shall file their replies, if any, in support of their motions for summary judgment.

Dated: December 6, 2023
   White Plains, NY

SO ORDERED:

*Vincent Briccetti* (signature)

Vincent L. Briccetti
United States District Judge