USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLADSTONE TAYLOR,
              Plaintiff,

v.

EDUCATION SUPERVISOR RENEE
MULLIGAN, in her individual capacity,
              Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 6452 (VB)

       As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

       1.     The next case management conference in this matter is scheduled for **April 16, 2025, at 10:00 a.m.**, to proceed in Courtroom 620 at the White Plains Courthouse, at which time the parties should be prepared to set a trial date and deadlines for pretrial submissions.

       2.     By separate order, the Court will refer the parties to the Honorable Andrew E. Krause, United States Magistrate Judge, for a settlement conference.

Dated: February 12, 2025
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge