**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GLADSTONE TAYLOR,

                Plaintiff,                21 **CIVIL** 6452 (VB)

    -against-                        **JUDGMENT**

EDUCATION SUPERVISOR RENEE MULLIGAN,
in her individual capacity,

                Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Opinion and Order dated December 9, 2025, Defendant Mulligan's first motion in limine-namely, that she is entitled to qualified immunity as a matter of law-is GRANTED. The parties' remaining motions in limine are DENIED AS MOOT; accordingly, this case is closed.

**Dated:**  New York, New York

    December 10, 2025

                                    **TAMMI M. HELLWIG**
                                       **Clerk of Court**

                      **BY:**
                                         **Deputy Clerk**